**DISMISS; and Opinion Filed October 21, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

———————————————

**No. 05-13-01041-CR**
**No. 05-13-01042-CR**
**No. 05-13-01043-CR**

———————————————-

**ANTHONY HILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-53911-V, F12-53671-V, F12-54044-V**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Brown
Opinion by Justice Lang-Miers

Appellant has filed a motion in compliance with Texas Rules of Appellate Procedure 42.2(a) asking that we dismiss his appeals. Accordingly, we dismiss the appeals. TEX. R. APP. P. 42.2(a).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

131041F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANTHONY HILL, Appellant

No. 05-13-01041-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F12-53911-V.
Opinion delivered by Justice Lang-Miers,
Justices O'Neill and Brown participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 21st day of October, 2014.



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ANTHONY HILL, Appellant

No. 05-13-01042-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F12-53671-V.
Opinion delivered by Justice Lang-Miers,
Justices O'Neill and Brown participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 21st day of October, 2014.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ANTHONY HILL, Appellant

No. 05-13-01043-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F12-54044-V.
Opinion delivered by Justice Lang-Miers, Justices O'Neill and Brown participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 21st day of October, 2014.